UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT
NOV 30 2022
PER____EA____
DEPUTY CLERK

Alex Negron, Petitioner
v.
Stephen Spaulding, Respondent

EMERGENCY PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2241 MEMORANDUM IN SUPPORT THEREOF

Petitioner Alex Negron (hereinafter, "Petitioner"), appearing pro se, seeks a Writ of Habeas Corpus pursuant to 28 U.S.C. 2241 directing Respondent to award him Earned Time Credits ("ETC") he has rightfully earned and accumulated under the First Step Act ("FSA") 18 U.S.C. 3632(d)(4)(A) and 18 U.S.C. 3635.

1. Petitioner is a federal prisoner currently housed at the Federal Prison Camp in Lewisburg, Pennsylvania. His Bureau of Prisons ("BOP") register number is 01790-509. His projected release date is April 27, 2023.

2. Petitioner asserts he meets requirements to earn FTC ETC as described in 18 U.S.C. 3632(d)(4)(A) and First Step Act generally. Petitioner has been assessed as a minimum or low on the PATTERN score system. Petitioner has maintained programming and completed FSA-specific programming since arriving in BOP custody as delineated in the attached Individualized Needs Plan (Exhibit A) and he has been continually employed while in the BOP. Further, the BOP has confirmed his eligibility for FSA ETC as seen on page 2 of Exhibit A, under the "Current FSA Assignments" subheader where it reads "FTC -ELIGIBLE-REVIEWED."

3. On January 20, 2022, Petitioner was awarded 61 days worth of FSA ETC, resulting in an adjustment to his current projected release date to April 27, 2023. Though Petitioner has satisifed all requirements of 18 U.S.C. 3632(d)(4)(A) to continue accruing FSA ETC and has done so, Respondent and the Bureau of Prisons have prevented the application of those earned FSA ETC credits. As of November 16, 2022, Petitioner has served 300 days since his last application of FSA (which occurred on January 20, 2022 (per Exhibit B "Sentence Monitoring Computation Data"). As he should earn 15 days of FSA ETC per 30 days served while in compliance with the terms set in 18 U.S.C. 3632(d)(4)(A), Petitioner is owed 150 days of FSA ETC toward his release from BOP custody.

4. Petitioner submits he has earned, as of November 16, 2022, an additional 150 days of FSA ETC. These days should be applied in full effect. Petitioner requests this court recognize these adjustments and FSA ETC be credited toward his sentence immediately. Should the FSA ETC rightfully earned and accumulated be applied, Petitioner's revised projected release date should change from April 27, 2023 to November 22, 2022.

5. Petitioner submits the requested change of his projected release date is an urgent matter as this correction would result in his near-immediate release from BOP custody. Failure to apply 18 U.S.C. 3632 correctly may result in Petitioner's incarceration above and beyond what is necessary by law and what has been imposed by the courts. Petitioner urges the court to consider these timing circumstances and consider this Writ of Habeas Corpus an emergency matter.

6. Petitioner is aware of no like-situated inmate who has been awarded the proper amount of FSA ETC except those who have filed suit with this Court. See Rehfuss v. Spaulding (No. 21-cv-0677, Doc. 8) wherein ETC awarded to inmate.

7. This matter is ripe for judicial review and administrative exhaustion is not required for the same reasons found in Goodman v. Ortiz (2020 U.S. Dist. LEXIS 153874, D.N.J. 2020), as this is a matter of statutory construction and petitioner is entitled to relief on the merits. Regardless, Petitioner has filed requests for resolution at an institution level and his needs have not been addressed (as seen in Exhibit C "Request for Administrative Remedy," Exhibit D "Administrative Remedy Response" and Exhibit E "Regional Administrative Remedy Appeal" which has gone unanswered).

Petitioner seeks a Writ of Habeas Corpus and order granting and applying his Earned Time Credits immediately, require the BOP and Respondent follow the FSA, and enjoin Respondent from not fully utilizing the FSA ETC for the Petitioner.

I declare the foregoing to be true and correct under the penalty of perjury pursuant to 28 U.S.C. 1746.

_[signature]_     11/16/22
Alex Negron, Petitioner     Date
Register Number 01790-509
PO Box 2000, Lewisburg, PA 17837

Inmate Name: Alex Negron
Register Number: 01290-509
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

RECEIVED
WILLIAMSPORT
NOV 30 2022
PER ____EA____
      DEPUTY CLERK



Schneebeli Federal Building
240 West Third St, suite 218
Williamsport, PA 17701