# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEX NEGRON,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:22-1895 |
| v. | : | (JUDGE MANNION) |
| | : | |
| **STEPHEN SPAULDING,** | : | |
| Respondent | : | |
| | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*MALACHY E. MANNION*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 4, 2023**
22-1895-01